HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST LABORERS-EMPLOYERS HEALTH & SECURITY TRUST, et al.<br><br>Plaintiffs<br>v.<br><br>HURST CONSTRUCTION, LLC<br><br>Defendant | NO. CV16-1792-RSL<br><br>~~PROPOSED~~<br>ORDER EXTENDING DEADLINES FOR INITIAL DISCLOSURES AND COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN<br><br>**Clerk's Action Required** |

The parties have moved the Court for an Order Extending Deadlines for Initial Disclosures and Combined Joint Status Report and Discovery Plan. Having considered the documents on file in this matter, it is hereby

**ORDERED** that the deadline for Initial Disclosures Pursuant to FRCP 26(a)(1) is extended to April 13, 2017, and the deadline for the Combined Joint Status Report and Discovery Plan is extended to April 20, 2017.

DATED ____March 1____, 2017

_____
UNITED STATES DISTRICT COURT JUDGE

ORDER EXTENDING DEADLINES—1
Case No. CV16-1792-RSL

STOLL LAW GROUP, PLLC
2033 Sixth Avenue — Suite 993
Seattle, WA 98121-2527
Telephone 206-623-2855
Fax 206-667-9805

1 | Presented by:

2

3 | s/ Mary L. Stoll
Mary L. Stoll, WSBA No. 16446
Attorney for Plaintiffs
4 | STOLL LAW GROUP, PLLC
2033 Sixth Avenue — Suite 993
5 | Seattle WA 98121-2527
Telephone 206-623-2855
6 | Fax 206-667-9805
Email marys@mlstoll-law.com

s/ Michael T. Zoretic
Michael T. Zoretic, WSBA No. 21221
Attorney for Defendant
ZORETIC LAW, PLLC
PO Box 427
215 Pateros Mall
Pateros WA 98846
Telephone 509-923-9529
Email mike@zoreticlaw.com

ORDER EXTENDING DEADLINES—2
Case No. CV16-1792-RSL

STOLL LAW GROUP, PLLC
2033 Sixth Avenue — Suite 993
Seattle, WA 98121-2527
Telephone 206-623-2855
Fax 206-667-9805