UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST LABORERS-EMPLOYERS
HEALTH & SECURITY TRUST, *et al.*,

Plaintiffs,

vs.

HURST CONSTRUCTION, LLC,

Defendant.

NO. C16-1792RSL

ORDER OF DISMISSAL

It having been reported to the Court on Tuesday, April 18, 2017 that the above cause has been settled, and no final order having yet been presented, NOW, THEREFORE,

IT IS ORDERED that this cause be and the same is hereby DISMISSED. This dismissal shall be without prejudice to the right of any party upon good cause shown within sixty (60) days hereof to reopen this cause if the reported settlement is not consummated.

The Clerk of the Court is instructed to send copies of this Order to all counsel of record.

DATED this 18th day of April, 2017.

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL