HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST LABORERS-EMPLOYERS HEALTH & SECURITY TRUST, et al.<br><br>Plaintiffs<br>v.<br><br>HURST CONSTRUCTION, LLC<br><br>Defendant | NO. CV16-1792-RSL<br><br>PROPOSED<br>ORDER GRANTING DISMISSAL WITH PREJUDICE AND WITHOUT COSTS<br><br>**Clerk's Action Required** |

The parties have moved the Court for an Order dismissing this matter with prejudice and without an award of costs to either party. Having considered the stipulation, and the file in this matter, it is hereby

**ORDERED** that above-captioned action is hereby DISMISSED with prejudice and without an award of costs to either party.

DATED _May 31_, 2017

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

/ / /

ORDER OF DISMISSAL WITH
PREJUDICE AND WITHOUT COSTS—1
Case No. CV16-1792-RSL

STOLL LAW GROUP, PLLC
2033 Sixth Avenue — Suite 993
Seattle, WA 98121-2527
Telephone 206-623-2855
Fax 206-667-9805